___

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
May 18, 2020

___

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| IN RE: | CASE NO. 20-50394-btb |
| | (Chapter 11) |
| BLACKRIDGE TECHNOLOGY HOLDINGS, INC., | ORDER APPROVING APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY BANKRUPTCY ATTORNEYS UNDER A GENERAL RETAINER *NUNC PRO TUNC* TO APRIL 2, 2020 [HARRIS LAW PRACTICE LLC] |
| Debtor. / | Hrg. Date: May 13, 2020<br>Hrg. Time: 2:00 p.m. |

Pursuant to the APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY BANKRUPTCY ATTORNEYS UNDER A GENERAL RETAINER *NUNC PRO TUNC* TO APRIL 2, 2020 [HARRIS LAW PRACTICE LLC] [Docket No. 18], filed herein on April 15, 2020, by BLACKRIDGE TECHNOLOGY HOLDINGS, INC. (hereinafter "Debtor"), Debtor and

1

Debtor-in-Possession herein, requesting authorization to employ attorneys, STEPHEN R. HARRIS, ESQ., of HARRIS LAW PRACTICE LLC, to act as its general bankruptcy counsel, and the DECLARATION OF PROPOSED ATTORNEY TO BE EMPLOYED UNDER GENERAL RETAINER [HARRIS LAW PRACTICE LLC] sworn to on April 15, 2020 [Docket No. 19], came before the Court for hearing after appropriate notice to creditors and parties in interest on May 13, 2020, at 2:00 p.m.; with Stephen R. Harris, Esq. of Harris Law Practice LLC, appearing telephonically on behalf of the Debtor; and the Court having considered all papers and pleadings on file herein, and the oral presentation of counsel at the hearing; and good cause appearing;

**IT IS HEREBY ORDERED** that Debtor is authorized to employ and retain STEPHEN R. HARRIS, ESQ., and the law firm of HARRIS LAW PRACTICE LLC, pursuant to and under a general retainer on the terms and conditions recited in the Application, to represent it in this Chapter 11 case *nunc pro tunc* to April 2, 2020, and for such other and further relief as the Court deems just under the circumstances.

Submitted by:

HARRIS LAW PRACTICE LLC

/s/ Stephen R. Harris
_____
STEPHEN R. HARRIS, ESQ.
Attorneys for Debtor

Approved this 15th day of May, 2020.

OFFICE OF THE U.S. TRUSTEE

/s/ Edward McDonald
_____
EDWARD McDONALD, ESQ.

## CERTIFICATION RE: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_   The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_   No party appeared at the hearing or filed an objection to the motion.

\_\_X\_\_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Edward McDonald, Esq.                                          Approved
Office of the U.S. Trustee


\_\_\_\_\_   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR9014(g), and that no party has objected to the form or content of the order.


Dated this 15th day of May, 2020.

/s/ Stephen R. Harris
_____
Stephen R. Harris, Esq.
HARRIS LAW PRACTICE LLC


###